**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

U.S. Securities and Exchange Commission
    Plaintiff,

v.    Case No.: 1:14–cv–04744
    Honorable Amy J. St. Eve

City of Harvey, Illinois, et al.
    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2014:

    MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 10/14/2014. Defendant Letke's motion for extension of time [62] is granted. Defendant Letke shall answer or otherwise plead by 10/17/14. No further extensions. Plaintiff#039;s request to rule on its motion for preliminary injunction without a hearing as to defendant Letke is granted. Plaintiff's renewed motion for entry of preliminary injunction as to defendant Letke [63] is entered and taken under advisement. Status hearing set for 10/24/14 is stricken and reset to 11/19/14 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.