**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

U.S. Securities and Exchange Commission
                           Plaintiff,

v.                                                   Case No.: 1:14–cv–04744
                                                        Honorable Amy J. St. Eve

City of Harvey, Illinois, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Despite multiple extensions of time to answer or otherwise plead, Defendant Letke has failed to comply with the October 17, 2014 deadline –– Defendant's fourth extension of time. (R. 66.) Accordingly, the Court finds Defendant Letke in default. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.