**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

U.S. Securities and Exchange Commission
                                 Plaintiff,

v.                                                Case No.: 1:14–cv–04744
                                                     Honorable Amy J. St. Eve

City of Harvey, Illinois, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 19, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 11/19/2014 and continued to 12/16/14 at 8:30 a.m. Defendant Lefke failed to appear. At the parties' request, preliminary injunction hearing set for 12/2/14 is stricken and reset to 12/22/14 at 10:00 a.m. The temporary relief Judge Pallmeyer imposed on 6/25/14 remains in effect until 12/23/14. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.