**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

U.S. Securities and Exchange Commission
                                      Plaintiff,

v.                                                         Case No.: 1:14–cv–04744
                                                          Honorable Amy J. St. Eve

City of Harvey, Illinois, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 8, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Given Letke's lack of response to the motion for a preliminary injunction, his representation that he intended to assert his Fifth Amendment privilege, and his failure to appear in court, the Court grants the SEC's motion for a preliminary injunction without a hearing as to Defendant Letke. Plaintiff's motion for preliminary injunction against Defendant Joseph T. Letke is granted. [For further details, see separate Order for Preliminary Injunction Against Defendant Joseph Letke.]Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.