# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

U.S. Securities and Exchange Commission

                                Plaintiff,

v.                                        Case No.: 1:14–cv–04744
                                        Honorable Amy J. St. Eve

City of Harvey, Illinois, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 1/27/2015. Plaintiff's application for final judgment by default as to defendant Joseph T. Letke [75] is granted. This case is hereby dismissed. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.